UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
HOLLY BLOCK,

                    Plaintiff,                    JUDGMENT

        v.                                                23-CV-7715 (NGG) (VMS)

THE CITY UNIVERSITY OF NEW YORK,
ALEXANDER SCOTT, and
EMMANUEL ESPERANCE,

                      Defendants.
----------------------------------------------------------------X

       A Memorandum and Order of the Honorable Nicholas G. Garaufis, United States District Judge, having been filed on April 15, 2025, granting Defendants' motion to dismiss; denying Block's cross-motion to file a Second Amended Complaint; and dismissing this action without prejudice to renewal in state court; it is

       ORDERED and ADJUDGED that Defendants' motion to dismiss is granted; that Block's cross-motion to file a Second Amended Complaint is denied; and that this action is dismissed without prejudice to renewal in state court.

Dated: Brooklyn, New York                                  Brenna B. Mahoney
       April 16, 2025                                           Clerk of Court

                                                                By:    */s/Jalitza Poveda*
                                                                          Deputy Clerk